# Court of Appeals
# of the State of Georgia

ATLANTA,___May 04, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A1112.  ROBERT SEASE v. BRANCH BANKING AND TRUST CO.**

The above-referenced appeal was docketed with this Court on February 17, 2015, and the Appellant's brief was due to be filed on March 9, 2015. *See* Court of Appeals Rule 22 (a). Not having received the Appellant's brief or a request for an extension to file same, pursuant to Court of Appeals Rule 13, this appeal is ***DISMISSED***.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*___05/04/2015_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*